UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO ACEVEDO,<br><br>        Plaintiff,<br><br>    v.<br><br>RAY FISHER, JR.,<br><br>        Defendant. | Case No.: 1:16-cv-00733-AWI-SAB (PC)<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING ACTION BE DISMISSED FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF, SUBJECTING PLAINTIFF TO STRIKE UNDER 28 U.S.C. § 1915(G)<br><br>[ECF No. 11] |

      Plaintiff Gilberto Acevedo is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On August 26, 2016, the Court screened and dismissed Plaintiff's complaint with leave to amend for failure to state a cognizable claim for relief.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was provided thirty days from the date of service of the order to file an amended complaint. Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, the action will be dismissed for failure to state a claim. (ECF No. 11.)  More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

///

///

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED, with prejudice, for failure to state a cognizable claim upon which relief may be granted. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Coleman v. Tollefson, __ U.S. 385, __, 135 S.Ct. 1759, 1765 (2015).

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **thirty (30) days** after being served with this Findings and Recommendation, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 6, 2016**

UNITED STATES MAGISTRATE JUDGE